# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Joseph K. Southworth

**V.**

Jo Ann B. Barnhart

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   06cv0699 BEN (CAB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiffs motion for summary judgment is DENIED, and Defendants motion summary judgment is GRANTED..................................................................................................................................

| September 7, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/J. Hathaway
(By) Deputy Clerk

ENTERED ON September 7, 2007

06cv0699 BEN (CAB)